# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00095-CV

## In re Author Manning Jr.

## ORIGINAL PROCEEDING FROM GREGG COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus and the request for temporary relief are denied.

*See* Tex. R. App. P. 52.8(a).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Baker and Smith

Filed: March 5, 2021